*Mr. Wm. S. Hammers* for respondent.

No. 234. UNITED STATES *v.* HENRY PRENTISS & Co., INC. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher* for the United States. *Messrs. Joseph F. Murray* and *J. Arthur Mattson* for respondent.

No. 314. FAIRMOUNT GLASS WORKS *v.* CUB FORK COAL Co. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Henry H. Hornbrook* and *Paul Y. Davis* for petitioner. *Mr. C. W. Nichols* for respondents.

No. 378. BURNS *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Otto Christensen* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 308. UNITED STATES *v.* MEMPHIS COTTON OIL Co. October 17, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Mr. Walter E. Barton* for respondent.

No. 202. THIRD NATIONAL BANK & TRUST Co. ET AL., EXECUTORS, *v.* WHITE, COLLECTOR OF INTERNAL REVENUE.

October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Mr. Harold P. Small* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. H. Riley, Jr.,* and *Miss Helen R. Carloss* for respondent.

No. 215. PALMER *v.* BENDER, ADMINISTRATRIX. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Henry P. Dart, Jr., Fred R. Angevine, John H. Tucker, Jr.,* and *Henry P. Dart* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall Key,· Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 227. ROGERS *v.* GUARANTY TRUST CO. ET AL. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Evan Shelby* and *Richard Reid Rogers* for petitioner. *Messrs. John W. Davis, William M. Parke,* and *Nathan L. Miller* for respondents.

Nos. 228 and 229. GEORGE A. OHL & Co. *v.* A. L. SMITH IRON WORKS. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Lee M. Friedman* and *Louis B. King* for petitioner. *Messrs. Lowell A. Mayberry* and *Robert Gallagher* for respondent.

No. 272. NORWEGIAN NITROGEN PRODUCTS CO. *v.* UNITED STATES. October 17, 1932. Petition for writ of